```
NATIONAL ASSOCIATION OF SECURITIES DEALERS
------------------------------------X
```
In the matter of the arbitration
of certain controversies between

IAN R. SCHAAD,

    as Claimant,                                    NASD Case No.

        -and-

SUSQUEHANNA CAPITAL GROUP,
SUSQUEHANNA FINANCIAL GROUP, INC.
SUSQUEHANNA INTERNATIONAL GROUP, LLP,
formerly known as,
SUSQUEHANNA PARTNERS, GP and
SUSQUEHANNA IRELAND LIMITED,

    as Respondents.

```
------------------------------------X
```

## STATEMENT OF CLAIM

### I.

### Introduction

During the year 2001, claimant Ian R. Schaad ("Schaad") was employed by the respondents Susquehanna Capital Group and Susquehanna Financial Group, Inc., through their affiliates Susquehanna International Group LLP, (formerly known as Susquehanna Partners, GP) and Susquehanna Ireland Limited (collectively called "Susquehanna") as a Trader in Dublin, Ireland. As one of the benefits of his assignment to a foreign post by

amount of $133,021, or any other amount, to his former employer Susquehanna because the alleged debt or penalty arises from Susquehanna's unilateral imposition of certain provisions of a so-called tax equalization policy which Schaad never agreed to and which never formed part of the terms and conditions of Mr. Schaad's employment by Susquehanna.

## II.

### The Facts

1. Claimant Schaad was employed as a Trader by Susquehanna between November 1994 and November 30, 2001. Between March 1995 and November 30, 2001, Schaad was an NASD registered person and held a Series 7 license.

2. Susquehanna and Capital Group and Susquehanna Financial Group, Inc. are NASD member firms.

3. Between January 2000 and November 30, 2001 Susquehanna assigned or "seconded" Schaad to serve as a Trader in Dublin, Ireland.

4. Schaad's employment in Ireland was subject to the conditions of two written agreements between Schaad and Susquehanna dated October 13, 1999 and November 23, 1999. (A copy of the November 23, 1999 Agreement is annexed hereto as Exhibit B.)

in Ireland.

19. Paragraph 14 of the November 23, 1999 agreement provides (Exhibit B), in so far as relevant here, as follows:

> If our relationship terminates prior to the end of the Term neither SIL nor SP [i.e. Susquehanna Partners] nor you shall have any further obligations to the other, except that SIL shall be obligated to pay your base salary through the date of termination and your obligations under paragraph 7 and 12 through 17 shall survive the termination.

19. Claimant Schaad's employment terminated before the end of the term.

20. Therefore, the November 23, 1999 Agreement between the parties waives and releases any claims which Susquehanna may have had as to the $133,021 payment it now demands from claimant Schaad.

WHEREFORE, claimant Schaad seeks an Award

    A. declaring that pursuant to the October 13, 1999 Agreement he is not indebted to Susquehanna as Susquehanna alleges since the alleged Tax Equalization Policy is null and void as to Schaad who never agreed to that policy;

    B. declaring that the November 23, 1999 Agreement between the parties bars respondents' present claim for payment; and,

Page 10 of 11

Exhibit A    Exhibit B

C. For the costs and attorneys fees Schaad has incurred and will incur in prosecuting these proceedings.

Claimant Schaad requests that the hearings be conducted before three arbitrators in New York City.

Dated: New York, New York
       October 18, 2002

>                              LAW OFFICES OF
>                              JOSEPH E. GASPERETTI, P.C.
>
>                              BY  /s/ Joseph E. Gasperetti
>                                  Joseph E. Gasperetti
>
>                              Attorneys for the Claimant
>                              Ian R. Schaad
>                              780 Third Avenue
>                              New York, New York 10017
>                              (212) 688-1196